```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GUILLERMO IGNACIO et al,                                               :
                                                                       :
                              Plaintiffs,                              :
                                                                       :      21-CV-5724 (JPC)
          -v-                                                          :
                                                                       :         ORDER
BEDFORD PITZA CORP. et al,                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the mediation conference scheduled for November 16, 2021, the Initial Pretrial Conference scheduled for October 26, 2021 is adjourned to November 30, 2021 at 12:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties shall submit the joint letter outlined in the Court's August 3, 2021 Order, Dkt. 21, by November 23, 2021.

    SO ORDERED.

Dated: September 10, 2021  
       New York, New York

                                                  JOHN P. CRONAN  
                                          United States District Judge