UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
GUILLERMO IGNACIO *et al.*,                              :
:
                      Plaintiffs,     :
:         21 Civ. 5724 (JPC)
      -v-                                                            :
:         <u>ORDER</u>
BEDFORD PITZA CORP. *et al.*,                            :
:
                      Defendants.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties in this action participated in the Court-annexed Mediation Program on November 16, 2021. The Court understands from the final report of the mediator that the parties reached an agreement on all issues. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by December 13, 2021.

       SO ORDERED.

Dated: November 22, 2021
       New York, New York
                                                           JOHN P. CRONAN
                                         United States District Judge